1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  LINDA ANN WRIGHT,                    CASE NO.:  CV-14-03008 CRB

11           Plaintiff,                  ORDER OF DISMISSAL OF
                                         DEFENDANT JOHN M. VRIEZE
12  vs.

13  UNITED STATES OF AMERICA, et al.,

14           Defendants.

15
16
17
18
19
20
21
22
23
24
25
26

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

[PROPOSED] ORDER OF DISMISSAL OF DEFENDANT JOHN M. VRIEZE

1    Good cause appearing therefore, based upon the stipulation of the parties hereto
2    through counsel,
3    IT IS HEREBY ORDERED that defendant JOHN M. VRIEZE is dismissed, with
4    prejudice, with the parties to bear their own costs and attorneys' fees.
5    DATED: September 15, 2014

_____
HONORABLE CHARLES R. BREYER
United States District C



MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
[PROPOSED] ORDER OF DISMISSAL OF DEFENDANT JOHN M. VRIEZE