MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
MICHELLE LO (NY Bar No. 4325163)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile:  (415) 436-6748
    Email:  Michelle.Lo@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA ANN WRIGHT,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 14-03008 CRB<br><br>**ORDER GRANTING FEDERAL DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE NOVEMBER 7, 2014, MOTIONS HEARING TO DECEMBER 19, 2014** |

    The Federal Defendants filed a motion requesting a continuance of the motions hearing set for November 7, 2014, to December 19, 2014.  Having considered the papers, and good cause appearing therefore, the Court hereby GRANTS the motion.  The motions hearing on November 7, 2014, at 10:00 a.m. will be continued to Friday, December 19, 2014, at 10:00 a.m. in Courtroom 6, 17th Floor.

    **IT IS SO ORDERED.**

DATED: September 22, 2014

                                                         _____
                                                         The Honorable
                                                         United States D[istrict Judge]

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO CONTINUE NOVEMBER 7, 2014, MOTIONS HEARING
C 14-03008 CRB

1