IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ANN WRIGHT, | No. 3:14-cv-03008-CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendants. | |

Having dismissed this case with prejudice, the Court enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: June 24, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE